No. 96–1785.  DISCON, INC. *v.* NYNEX CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–1786.  ILLINOIS *v.* KRUEGER.  Sup. Ct. Ill.  Certiorari denied.

No. 96–1787.  DANA CORP., PARISH DIVISION *v.* NEWTON. C. A. 3d Cir.  Certiorari denied.

No. 96–1788.  CITIZENS UNITED *v.* UNITED STATES ET AL. C. A. 8th Cir.  Certiorari denied.

No. 96–1789.  MARTINEZ-SERRANO *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 96–1791.  FLINN *v.* PRUDENTIAL PROPERTY & CASUALTY INSURANCE CO. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 96–1792.  OVERBEEK *v.* HEIMBECKER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–1794.  SOON DUCK KIM ET AL. *v.* CITY OF NEW YORK. Ct. App. N. Y.  Certiorari denied.

No. 96–1795.  DORAND *v.* RIGHT UP YOUR ALLEY, INC., ET AL. C. A. 5th Cir.  Certiorari denied.

No. 96–1797.  HENSON *v.* CITY OF GREENSBORO.  C. A. 4th Cir. Certiorari denied.

No. 96–1798.  LEAP ET AL. *v.* MALONE ET AL.  C. A. 6th Cir. Certiorari denied.

No. 96–1799.  REIDY ET AL. *v.* TRAVELERS INSURANCE CO. C. A. 1st Cir.  Certiorari denied.

No. 96–1800.  RINI *v.* UNITED VAN LINES, INC.  C. A. 1st Cir. Certiorari denied.

No. 96–1801.  SMOLKO *v.* GTE SERVICE CORP.  C. A. 11th Cir. Certiorari denied.

No. 96–1802.  DURHAM *v.* HEALTH NET ET AL.  C. A. 9th Cir. Certiorari denied.